IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
U.S. DISTRICT COURT

2008 JAN 23 AM 8: 21

CLERK
SO. DIST. OF GA.

RAHEEM TOBAR SMITH,

Plaintiff,

v. : CIVIL ACTION NO.: CV607-056

Warden BILLY THOMPKINS; WAYNE
JOHNSON; Captain DASHER;
Sgt. CARDENA; Sgt. JOHNSON;
Dr. ZELLNER YOUNG; LPN WILSON;
RN HENRY; PA COOPER; Counselor
HENRY; JOHN DOE, Grievance
Coordinator, Smith State Prison;
Lt. BYNUM; Officer JOHN DOE;
HUGH SMITH, Warden, GSP;
and JOHN DOES, CERT Officers, GSP,

Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. Plaintiff's objections generally indicate he disagrees with the *manner* in which his broken wrist was treated by medical and non-medical staff alike. For instance, Plaintiff contends that, even after Doctor Young confirmed his wrist was broken after taking an x-ray, staff sought approval from Atlanta for Plaintiff to see a specialist. According to Plaintiff, staff should have arranged for an emergency transport to either Georgia State Prison or Claxton General Hospital instead of seeking approval for him to see a specialist. Plaintiff's allegations do not rise to the level of establishing an Eighth Amendment violation.

The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Plaintiff's claims against Defendants Bynum, Wilson, Cardena, Cooper, Officer John Doe, Sergeant Johnson, Young, Thompkins, W. Johnson, Dasher, Nurse Henry, CERT officers John Does 1 and 2, and Smith are **DISMISSED** pursuant to 28 U.S.C. §§ 1915 (e)(2)(B)(ii) and 1915A(b). Plaintiff's due process claim against Defendant Angela Henry are **DISMISSED** pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b). Finally, Plaintiff's claims against Defendant Angela Henry in her official capacity are **DISMISSED**.

**SO ORDERED**, this 22 day of Jan., 2008.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA